Douglas W. Dal Cielo, (SBN 157109)
E-mail: ddalcielo@bwslaw.com
Brian M. Affrunti, (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
545 Middlefield Road, Suite 180
Menlo Park, CA 94025-3471
Tel: 650.327.2672    Fax: 650.688.8333

Attorneys for Plaintiff/Cross-Defendant
LYNDA JANES DANGERFIELD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNDA JANES DANGERFIELD,<br><br>Plaintiff,<br><br>v.<br><br>SUE FOX, and ETIQUETTE SURVIVAL LLC and DOES 1 through 50,<br><br>Defendants. | Case No. 3:09-cv-04397-JL<br><br>**STIPULATED MOTION TO EXTEND MEDIATION COMPLETION DATE** |
| AND RELATED COUNTERCLAIM | |

Comes Now LYNDA JANES DANGERFIELD, SUE FOX, and ETIQUETTE SURVIVAL LLC (collectively, the "Parties") and submit the Stipulated Motion to Extend the Mediation Completion Date from March 17, 2010 until June 24, 2010. Accordingly, the Parties, by and through their respective counsel of record, as follows:

    1.    By Order of this Court dated December 17, 2009, the initial Case Management Conference was continued until March 24, 2010;

    2.    With the continued initial Case Management Conference, the Parties initial disclosure deadline is after the Mediation Completion Date;

    3.    Plaintiff believes additional time for discovery is necessary for a productive

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MENLO PARK

MP #4846-2663-8085 v2

JOINT STIPULATION TO EXTEND
MEDIATION COMPLETION DATE
CASE NO. 3:09-CV-04397-JL

4. Accordingly, Plaintiff requests that the mediation deadline be continued until approximately June 24, 2010 to allow further discovery prior to mediation;

5. Defendants do not oppose Plaintiff's request;

6. In the event the Court grants Plaintiff's request, the parties in this matter presently have a mediation scheduled for June 24, 2010 with the Court-assigned mediator, Hon. Suzanne Nusbaum.

IT IS SO STIPULATED.

Dated: February 22, 2010

Burke, Williams & Sorensen, LLP

By: _____
Douglas W. Dal Cielo
Brian M. Affrunti
Attorneys for Plaintiff/Cross-Defendant
LYNDA JANES DANGERFIELD

Dated: February 19, 2010

THE MORALES LAW FIRM

By: _____
David P. Morales
Attorney for Defendant/Cross-Complainant
SUE FOX and Defendant ETIQUETTE
SURVIVAL LLC

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
MENLO PARK

MP #4846-2663-8085 v2

- 2 -

STIPULATED MOTION TO EXTEND
MEDIATION COMPLETION DATE
CASE NO. 3-09-CV-04397-JL

Douglas W. Dal Cielo, (SBN 157109)
E-mail: ddalcielo@bwslaw.com
Brian M. Affrunti, (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
545 Middlefield Road, Suite 180
Menlo Park, CA 94025-3471
Tel: 650.327.2672 Fax: 650.688.8333

Attorneys for Plaintiff/Cross-Defendant
LYNDA JANES DANGERFIELD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNDA JANES DANGERFIELD,<br><br>Plaintiff,<br><br>v.<br><br>SUE FOX, and ETIQUETTE SURVIVAL LLC and DOES 1 through 50,<br><br>Defendants. | Case No. 3:09-cv-04397-JL<br><br>[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND MEDIATION COMPLETION DATE |
| AND RELATED COUNTERCLAIM | |

The Court, having read and considered the Stipulated Motion to Continue Mediation Completion Date currently scheduled for approximately March 17, 2010, hereby Orders as follows:

The Stipulated Motion is GRANTED.

The Mediation Completion Date of approximately March 17, 2010 is hereby vacated and the new Mediation Completion Date is June 24, 2010.

Dated: March 2, 2010

_____
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
MENLO PARK

MP #4822-9493-2997 v1

[PROPOSED] ORDER GRANTING
STIPULATED MOTION
CASE NO. 3:09-CV-04397-JL