1 David P. Morales, SBN 191229
THE MORALES LAW FIRM
2 900 E. Hamilton Avenue, Suite 100
Campbell, CA 95008
3 Telephone: (408) 850-2101
Facsimile: (866) 406-6080
4 dmorales@moraleslawfirm.com

5 Attorney for Defendants and Cross-Claimant

7 IN THE UNITED STATES DISTRICT COURT

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNDA JANES DANGERFIELD,<br><br>Plaintiff,<br><br>vs.<br><br>SUE FOX; and ETIQUETTE SURVIVAL LLC,<br><br>Defendants. | Civil Action No.: C09-04397 JL<br><br>**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| AND RELATED CROSS-CLAIM. | |

## JOINT REQUEST

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, the parties agreed to exchange Initial Disclosures and to begin discovery as of April 2, 2010, in advance of the mediation scheduled in this matter.

WHEREAS, the mediation in this matter is presently scheduled for June 24, 2010, which is the present ADR deadline in this matter.

**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

1  WHEREAS, the Case Management Conference in this case is currently scheduled for
2  July 14, 2010 at 10:30 a.m., following the planned mediation.
3  WHEREAS, the parties wish to re-schedule the mediation until the next mutually-
4  available date, August 13, 2010, due to an unforeseeable scheduling conflict affecting Defendant
5  Sue Fox.
6  WHEREAS, the court-assigned mediator is amenable to this request and has asked the
7  parties to seek an ADR deadline extension until at least September 13, 2010
8  NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court
9  enter an order extending the ADR deadline in this matter until September 13, 2010 and
10 continuing the Case Management Conference in this matter, currently scheduled for July 14,
11 2010, at 10:30 a.m., until September 1, 2010, at 10:30 a.m., ~~or until the Court's soonest available~~
12 ~~time thereafter.~~
13 IT IS SO STIPULATED.

15 Dated: June 16, 2010                THE MORALES LAW FIRM

17                                     By: /David Morales/
                                          DAVID MORALES
18                                        Attorney for Defendants and Cross-
                                          Claimant

20 Dated: June 16, 2010                BURKE, WILLIAMS & SORENSEN, LLP

22                                     By:
23                                        BRIAN AFFRUNTI
                                          Attorneys for Plaintiff

**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE
CASE MANAGEMENT CONFERENCE**
Case No.: C09-04397 JL

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: June 23, 2010

*/s/ James Larson*
N. JAMES LARSON
United States Magistrate Judge

IT IS SO STIPULATED.

JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No.: C09-04397 JL

- 3 -