1  Douglas W. Dal Cielo, (SBN 157109)
   E-mail: ddalcielo@bwslaw.com
2  Brian M. Affrunti, (SBN 227072)
   E-mail: baffrunti@bwslaw.com
3  BURKE, WILLIAMS & SORENSEN, LLP
   545 Middlefield Road, Suite 180
4  Menlo Park, CA 94025-3471
   Tel: 650.327.2672   Fax: 650.688.8333
5
   Attorneys for Plaintiff
6  LYNDA JANES DANGERFIELD

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

| 12 | LYNDA JANES DANGERFIELD, | Case No. 3:09-cv-04397-JL |
|---|---|---|
| 13 | Plaintiff, | **JOINT REQUEST TO CONTINUE** |
| 14 | v. | **SETTLEMENT CONFERENCE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 15 | SUE FOX and ETIQUETTE SURVIVAL LLC and DOES 1 through 50, | **Date:**   **December 16, 2010** |
| 16 | | **Crtrm.:**   **C** |
| 17 | Defendants. | **Time:**   **9:30 a.m.** |
|  |  | **Judge:**   **Hon. Edward M. Chen** |

18

19

20

21  AND RELATED CROSS-ACTION

22                    **JOINT REQUEST**

23       TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS

24  OF RECORD:

25       WHEREAS, the Court had previously scheduled a Settlement Conference for December

26  16, 2010 with the Honorable Edward M. Chen and a further Case Management Conference for

27  January 12, 2011.

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Menlo Park

MP #4811-0234-3944 v2                    - 1 -         JOINT REQUEST FOR CONTINUANCE
                                                       CASE NO. 3:09-CV-04397-JL

1    WHEREAS, the Parties intended to complete the discovery necessary to be prepared for

2 the Settlement Conference prior to the scheduled date.

3    WHEREAS, the Parties have been unable to complete the necessary discovery for the

4 reasons stated in the declaration of Brian M. Affrunti below and request a brief continuance of the

5 Settlement Conference and the corresponding Case Management Conference.

6    WHEREAS, the clerk for the Hon. Edward M. Chen has advised counsel that the earliest

7 available date for a Settlement Conference is January 28, 2011. The first mutually-available date

8 for the Hon. Edward M. Chen, the parties and counsel is February 11, 2011.

9    NOW, THEREFORE, the parties stipulate and respectfully request that the Court extend

10 the deadline to complete the Settlement Conference by a period of ninety days and enter an order

11 continuing the Settlement Conference until February 11, 2011, or as soon thereafter as the matter

12 may be heard. The parties further stipulate and respectfully request that the Court continue the

13 corresponding Case Management Conference until two weeks after the continued Settlement

14 Conference..

15    IT IS SO STIPULATED.

16 Dated: December 9, 2010                    Burke, Williams & Sorensen, LLP

17

18                                           By: _____

19                                           DOUGLAS W. DAL CIELO
                                             Attorneys for Plaintiff/Cross-Defendant
                                             LYNDA JANES DANGERFIELD
20

21 Dated: December 9, 2010                    MORALES LAW FIRM

22

23                                           By:    /S/
                                             _____
24                                           DAVID P. MORALES
                                             Attorneys for Defendants/Cross-
25                                           Complainant SUE FOX and ETIQUETTE
                                             SURVIVIAL, LLC

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Menlo Park

MP #4811-0234-3944 v2            - 2 -        JOINT REQUEST FOR CONTINUANCE
                                             CASE NO. 3:09-CV-04397-JL

## DECLARATION OF BRIAN M. AFFRUNTI

I, Brian M. Affrunti, declare as follows:

1.    I am an attorney at law licensed to practice in all courts of the State of California and the Northern District of California and am an associate at Burke, Williams & Sorensen, LLP, attorneys of record for Plaintiff and Cross-Defendant LYNDA JANES DANGERFIELD ("Ms. Dangerfield" or "Plaintiff") in the above-entitled action. I have personal knowledge of the facts set forth herein, unless stated on information and belief, and if called upon as a witness, I could competently testify to the facts set forth herein.

2.    Ms. Dangerfield's mother suffered two terrible falls in the past approximate one month. In the second fall, she sustained a compression fracture of her spine and has required full-time care since her release from the hospital.

3.    During this period of time, Ms. Dangerfield has been the sole care provider for her mother as her mother has taken residence with her. Ms. Dangerfield has been caring for her mother around the clock and simultaneously looking for a permanent senior living/nursing facility for her mother to move into.

4.    As a result, Ms. Dangerfield has been unable to dedicate the time necessary to respond to the written discovery propounded by Defendant and Cross-Complainant SUE FOX.

5.    If Ms. Dangerfield's mother is still residing with her on December 16, 2010, it would be difficult for Ms. Dangerfield to attend the settlement conference as she will need to make arrangements for someone to care for her mother in her absence.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 9th day of December 2010, at Menlo Park, California.

BRIAN M. AFFRUNTI

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Menlo Park

MP #4811-0234-3944 v2

- 3 -

JOINT REQUEST FOR CONTINUANCE
CASE NO. 3:09-CV-04397-JL

1

**[PROPOSED] ORDER**

2      Pursuant to the Joint Request of the Parties for Continuance of the Settlement Conference

3    and the corresponding Case Management Conference, IT IS HEREBY ORDERED AS

4    FOLLOWS:

5      The deadline for completing the Settlement Conference with the Hon. Edward M. Chen

6    shall be extended for ninety days from the date of this Order.

7      The Settlement Conference is continued from December 16, 2010 until _____

8    __February 22_____, 2011. Parties shall submit Settlement Conference Statements two weeks

9    in advance of the Settlement Conference in accordance with this Court's September 7, 2010

10   Order.

11     The Case Management Conference is continued from January 12, 2011 until _____

12   __March 2_____, 2011. A joint case management statement is due by _____

13   _February 23_____, 2011.

14

15

16   Date: ____December 13, 2010_____         _James Larson_____

17                                            HON. JAMES LARSON

18

19

20

21

22

23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Menlo Park

MP #4811-0234-3944 v2

- 4 -

JOINT REQUEST FOR CONTINUANCE
CASE NO. 3:09-CV-04397-JL