David P. Morales, SBN 191229
THE MORALES LAW FIRM
560 S. Hamilton Avenue, Suite 500
San Jose, CA 95128
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
dmorales@moraleslawfirm.com

Attorney for Defendants and Cross-Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNDA JANES DANGERFIELD,<br><br>    Plaintiff,<br><br>vs.<br><br>SUE FOX; and ETIQUETTE SURVIVAL LLC,<br><br>    Defendants. | Civil Action No.: C09-04397 JL<br><br>**JOINT REQUEST TO EXTEND ADR DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| AND RELATED CROSS-CLAIM. | |

**JOINT REQUEST**

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on or about August 13, 2010, the parties participated in mediation for this matter, but no settlement was reached;

**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**

1    WHEREAS, on September 1, 2010, a Case Management Conference was held, during
2 which the Court referred the parties to an early Settlement Conference with Magistrate Judge
3 Edward M. Chen, and scheduled further case management for January 5, 2011;
4    WHEREAS, on September 7, 2010, the Court scheduled the Settlement Conference with
5 Magistrate Judge Chen for December 16, 2010;
6    WHEREAS, on November 17, 2010, the Court re-scheduled the Case Management
7 Conference for January 12, 2011;
8    WHEREAS, in or about November 2010 plaintiff Dangerfield became unavailable to
9 complete her responses to Defendants' pending discovery requests due to a personal family
10 matter;
11   WHEREAS, on November 18, 2010, Defendants granted Plaintiff's request for a two-
12 week extension of time to respond to Defendants' discovery requests, resulting in an agreed
13 discovery response deadline of December 6, 2010;
14   WHEREAS, on December 6, 2010, Plaintiff requested an additional one-week extension
15 of time to respond to Defendants' discovery requests;
16   WHEREAS, on December 6, 2010, Defendants granted Plaintiff's second request for
17 additional time to respond to discovery, until December 13, 2010, provided the parties sought
18 and obtained a continuance of the Settlement Conference and subsequent Case Management
19 Conference to ensure that this discovery would be received prior to the Settlement Conference
20 scheduled for December 16, 2010;
21   WHEREAS, on December 9, 2010, the parties made a joint request that the Court
22 continue the ADR deadline and subsequent Case Management Conference date in order to allow
23 Defendants' pending discovery to be completed, and to allow the Settlement Conference to be
24 rescheduled according to the availability of Magistrate Judge Chen and the parties;
25   WHEREAS, on December 13, 2010, the Court granted the parties' request to continue the
26 ADR deadline and Case Management Conference.
27
28
**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE
CASE MANAGEMENT CONFERENCE
Case No.: C09-04397 JL**

1 WHEREAS, on February 22, 2011, the parties participated in an Early Settlement Conference with Magistrate Judge Edward M. Chen, but no settlement was reached;

WHEREAS, Magistrate Judge Chen instructed the parties to complete additional discovery and to return for another Settlement Conference with him on May 27, 2011, at 1:00 p.m.;

NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court enter an order extending the ADR deadline in this matter until approximately June 3, 2010 and continuing the Case Management Conference in this matter, currently scheduled for March 2, 2011, at 10:30 a.m., until June 15, 2011, at 10:30 a.m., or until the Court's soonest available date thereafter.

IT IS SO STIPULATED.

Dated: February 23, 2011                    THE MORALES LAW FIRM

                                            By: _/S/ David P. Morales_
                                                DAVID P. MORALES
                                                Attorney for Defendants and Cross-Claimant

Dated: February 23, 2011                    BURKE, WILLIAMS & SORENSEN, LLP

                                            By: _/S/ Doug Dal Cielo_
                                                DOUG DAL CIELO
                                                Attorneys for Plaintiff

**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C09-04397 JL**

1 # ~~[PROPOSED]~~ ORDER

2     PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4 Date: February 24, 2011

                                        HON. JAMES LARSON
                                        United States Magistrate Judge

**JOINT REQUEST TO EXTEND MEDIATION DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C09-04397 JL**

- 4 -