David P. Morales, SBN 191229
THE MORALES LAW FIRM
560 S. Hamilton Avenue, Suite 500
San Jose, CA  95128
Telephone: (408) 850-2101
Facsimile: (866) 406-6080
dmorales@moraleslawfirm.com

Attorney for Defendants and Cross-Claimant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNDA JANES DANGERFIELD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SUE FOX; and ETIQUETTE SURVIVAL LLC,<br><br>　　　　Defendants.<br><br>AND RELATED CROSS-CLAIM. | Civil Action No.: C09-04397 JSC<br><br>**STIPULATED LITIGATION SCHEDULE AND [PROPOSED] ORDER** |

## JOINT REQUEST

TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on July 7, 2011, the parties attended the Case Management Conference for this matter, at which Honorable Magistrate Judge Jacqueline Scott Corley instructed the parties to meet and confer and to submit a stipulation proposing a litigation schedule in this matter;

1  NOW, THEREFORE, the parties hereby stipulate and respectfully request that the Court
2  enter an order setting the following litigation schedule:
3  JURY TRIAL DATE:  Monday, ~~August 13, 2012 at 9:00 a.m~~., August 27, 2012 at 8:30 a.m. Courtroom E, 15th Floor.
4  TRIAL LENGTH is estimated to be **5 days**.
5  DISCOVERY PLAN:  Per Federal Rules of Civil Procedure and Local Rules, subject to
6  any provisions below.
7  NON-EXPERT DISCOVERY CUTOFF:  **January 31, 2012**.
8  DESIGNATION OF EXPERTS:
9  Plaintiff/Defendant:  No later than **February 28, 2012**.
10  Plaintiff/Defendant:  Rebuttal no later than **March 20, 2012**.
11  Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).
12  EXPERT DISCOVERY CUTOFF:  **April 17, 2012**.
13  DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for
14  hearing before the assigned Magistrate Judge.
15  DISPOSITIVE MOTIONS shall be filed no later than **May 14, 2012**, and shall be noticed
16  for hearing 35 days thereafter.
17  SETTLEMENT CONFERENCE shall be held before Magistrate Judge __Laporte__
18  and scheduled to take place no later than 30 days prior to the Pretrial Conference.
19  PRETRIAL CONFERENCE DATE:  ~~July 30, 2012~~.   August 2, 2012 at 2:00 p.m.
20  IT IS SO STIPULATED.

**STIPULATED LITIGATION SCHEDULE AND [~~PROPOSED~~] ORDER**
Case No.:  C09-04397 JSC

- 2 -

| | | |
|---|---|---|
| 1 | Dated: July 11, 2011 | THE MORALES LAW FIRM |
| 2 | | |
| 3 | | By: /S/ David P. Morales |
| 4 | | DAVID P. MORALES<br>Attorney for Defendants and Cross-Claimant |
| 5 | | |
| 6 | Dated: July 15, 2011 | BURKE, WILLIAMS & SORENSEN, LLP |
| 7 | | |
| 8 | | By: [signature] For |
| 9 | | DOUGLAS DAL CIELO<br>Attorneys for Plaintiff |

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: July 18, 2011

[signature]
HON. JACQUELINE SCOTT CORLEY
United States Magistrate Judge

STIPULATED LITIGATION SCHEDULE AND [PROPOSED] ORDER
Case No.: C09-04397 JSC