Douglas W. Dal Cielo, (SBN 157109)
E-mail: ddalcielo@bwslaw.com
Brian M. Affrunti, (SBN 227072)
E-mail: baffrunti@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
2440 West El Camino Real, Suite 620
Mountain View, CA 94040-1499
Tel: 650.327.2672    Fax: 650.688.8333

Attorneys for Plaintiff/Cross-Defendant
LYNDA JANES DANGERFIELD

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LYNDA JANES DANGERFIELD, <br><br> Plaintiff, <br><br> v. <br><br> SUE FOX, and ETIQUETTE SURVIVAL LLC and DOES 1 through 50, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIM | Case No.  3:09-cv-04397-JSC (EDL) <br><br> **JOINT STIPULATION AND REQUEST TO EXTEND DISCOVERY DEADLINES AND [~~PROPOSED~~] ORDER** |

Come Now LYNDA JANES DANGERFIELD, SUE FOX, and ETIQUETTE SURVIVAL LLC (collectively, the "Parties"), by and through their respective counsel of record, and hereby submit this Joint Stipulation and request to Extend the Non-Expert Discovery and Discovery Motion Deadlines to March 1, 2012 and March 8, 2012, respectively.

WHEREAS, the Parties previously participated in a Settlement Conference with former Magistrate Chen, which remained incomplete when the magistrate was elevated to a full Article III judgeship;

1    WHEREAS, the Court reassigned the matter to Magistrate Laporte to

2    complete an early Settlement Conference;

3    WHEREAS, by Stipulated Order dated July 18, 2011, Non-Expert discovery

4    cut-off was set for January 31, 2012 and the last day to file a discovery motion

5    related to Non-Expert discovery was February 7, 2012;

6    WHEREAS, the Settlement Conference was scheduled for January 27, 2012,

7    but due to the magistrate's subsequent unavailability, had to be continued until

8    March 30, 2012;

9    WHEREAS, the Non-Expert discovery cut-off and Motion Deadline were

10   scheduled, in part, due to the anticipated date for the parties' Settlement Conference

11   in or before January, 2012;

12   WHEREAS, by prior agreement of the parties, documents were to be

13   produced no later than ten days prior to the Settlement Conference;

14   WHEREAS, Plaintiff was unavailable for deposition in late January, but has

15   agreed to be available in February, and the Parties are working to complete this

16   discovery during the month of February;

17   THEREFORE, the Parties respectfully request that the Non-Expert

18   Discovery and Discovery Motion Deadlines be extended by one month to March 1,

19   2012 and March 8, 2012, respectively, to allow for the completion of their

20   discovery.

21   IT IS SO STIPULATED.

22

23   Dated:    February 7, 2012          BURKE, WILLIAMS & SORENSEN, LLP

24

25                                       By:

26                                          Douglas W. Dal Cielo
                                            Brian M. Affrunti
27                                          Attorneys for Plaintiff/Cross-Defendant
                                            LYNDA JANES DANGERFIELD
28

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
SILICON VALLEY

MP #4819-0650-9838 v2          - 2 -          JOINT STIPULATION AND REQUEST TO
                                              EXTEND DISCOVERY DEADLINES
                                              3:09-CV-04397-JSC

1   Dated:    February 7, 2012                THE MORALES LAW FIRM

2

3                                            By:/S/ *David P. Morales*
                                                David P. Morales
4                                               Attorney for Defendant/Cross-
                                                Complainant SUE FOX and Defendant
5                                               ETIQUETTE SURVIVAL LLC

6

7

8

9

10

11                          [PROPOSED] ORDER

12         The Court, having read and considered the Joint Stipulation to Extend

13   Discovery Deadlines, and Good Cause appearing therefore, hereby Orders as

14   follows:

15         The Parties shall complete all Non-Expert discovery on or before March 1,

16   2012.

17         All motions concerning Non-Expert discovery shall be filed on or before

18   March 8, 2012.

19

20

21   Dated:   2/7/2012                        _____
                                              *Jacqueline S. Corley*
22                                            UNITED STATES MAGISTRATE JUDGE
                                              Jacqueline Scott Corley
23

24

25

26

27

28

Burke, Williams &
Sorensen, LLP
Attorneys At Law
Silicon Valley

MP #4819-0650-9838 v2                  - 3 -          JOINT STIPULATION AND REQUEST TO
                                                      EXTEND DISCOVERY DEADLINES
                                                      3:09-CV-04397-JSC